Prepared by State Reporter from Appeal Papers

## MICHAEL COOKE, Respondent, *v.* GEORGE COOK, Appellant.

*Negligence — motor vehicles — pedestrian injured by being struck by taxicab at street crossing — defense of contributory negligence not sustained.*

*Cooke* v. *Cook*, 217 App. Div. 772, affirmed.

(Submitted January 21, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 30, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff testified that between dark and daylight on November 30, 1924, plaintiff attempted to cross Fourth avenue at Fifty-sixth street from the southeasterly to the southwesterly corner. Before he started to cross he looked to his left and saw a touring car in the middle of the block between Fifty-sixth and Fifty-seventh streets coming toward him. He started across, proceeded about twenty feet, looked to his left again and saw a taxicab coming very fast turn out from behind the touring car and pass it to the left. He had already passed in front of the touring car. He was unable to avoid the taxicab, and it struck him and knocked him down inflicting the injuries complained of. Defendant argued that on plaintiff's own testimony he was guilty of contributory negligence as matter of law.

*Joseph A. Fagnant* and *Robert J. Howard* for appellant.

*Arthur J. Levine* and *William B. Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.